IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

EUGENE C. SUMMERS,              )
                                   )
      Plaintiff,              )
                                   )
vs.                             )     Case Number _____
                                   )
UNION PACIFIC RAILROAD COMPANY,  )
                                 )
      Defendant.         )

## COMPLAINT AND JURY DEMAND

Now comes the Plaintiff, EUGENE C. SUMMERS, by his attorneys, PRATT & TOBIN, P.C., and for his Complaint and Jury Demand against the Defendant, UNION PACIFIC RAILROAD COMPANY, states the following:

1. That the Plaintiff is black and African-American and is a resident and citizen of the State of Missouri.

2. That the Defendant is a corporation which owns and operates a railroad and does business in the State of Missouri, which includes offices, facilities, property and tracks throughout the State of Missouri.

3. That Plaintiff brings this action for employment discrimination under the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*

4. That The Court has jurisdiction of this matter pursuant to the provisions of 28 U.S.C. § 1331.

Page 1 of 4

5.  That at all times relevant hereto, Plaintiff was an employee of the Defendant who worked in various locations, including the State of Missouri and performed his job acceptably, within the reasonable expectations of the Defendant.

6.  That the Defendant assigned Plaintiff to work under the direction of a certain Caucasian manager who had a previous history of threatening, bullying and discriminating against black employees of the Defendant in the State of Missouri.

7.  That on or about July 25, 2023, the aforesaid manager, while in the course of his employment by the Defendant threatened to kill the Plaintiff and that the manager did not like Plaintiff's kind, referring to Plaintiff's race and color.

8.  That Plaintiff reported the manager's threats and statements to the Defendant.

9.  That Defendant purported to perform an investigation of the matter, including the allegations that the same manager had a history and pattern and practice of threatening, bullying and discriminating against black employees, but took no employment action against the manager.

10. That part of the investigation conducted by the Defendant was conducted in the State of Missouri.

11. That Plaintiff was referred by the Defendant to a Special Agent in Missouri who purported to conduct an investigation and who took a statement from the Plaintiff while the Plaintiff was at home in Missouri.

12. That at all times relevant hereto, the Defendant had more than fifteen (15) employees.

13. That as a result of the threats and discrimination committed by the manager and the conduct of the Defendant, ratifying said acts, Plaintiff suffered severe emotional upset and

mental anguish, as he feared for his life because he had to continue working under the direction of the same manager.

14. That Plaintiff sought and received treatment from a psychologist and a therapist as the result of the discriminatory conduct of the defendant.

15. That in discriminating against the Plaintiff because of his race and color, Defendant committed unlawful employment practices in violation of the provisions of 42 U.S.C. § 2000e-2.

16. That Plaintiff suffered damages as the result of the unlawful employment practices committed by the Defendant.

17. That Plaintiff timely filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission (EEOC), being Charge Number 563-2024-01896.

18. That on or about October 2, 2025, Plaintiff received Notice of his Right to Sue from the EEOC in Charge Number 563-2024-01896.

WHEREFORE, the Plaintiff, EUGENE C. SUMMERS, prays for judgment in his favor and against the Defendants and that Plaintiff be awarded compensatory damages in an amount sufficient to compensate him for his actual damages, inconvenience, emotional upset and loss of a normal life. Plaintiff further prays for punitive damages, attorney fees, costs of litigation and for back pay, front pay and whatever other equitable relief The Court deems appropriate, plus costs of court.

PRATT & TOBIN, P.C.

By: /s/ Edward J. Szewczyk
    Edward J. Szewczyk, #2791765
    150 S. Bellwood Drive
    East Alton, IL 62024
    Telephone: (618) 259-8011
    Facsimile: (618) 259-6793
    ejs@prattandtobin.com

ATTORNEYS FOR PLAINTIFF